

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| IN RE: | § | No. 08-23-00141-CR |
| SAUL RUBALCAVA, | § | AN ORIGINAL PROCEEDING |
| Relator. | § | IN MANDAMUS |
| | § | |
| | § | |

**MEMORANDUM OPINION**

In this original proceeding, Relator Saul Rubalcava filed a petition for writ of mandamus challenging a jail magistrate's purported order requiring his presence at a hearing to address Relator's claim under TEX. CODE CRIM. PROC. ANN. art. 32.01. This Court does not have mandamus jurisdiction over the jail magistrate in this proceeding. TEX. GOV'T CODE ANN. § 22.221; *In re Flores*, 08-07-00305-CR, 2007 WL 4214435, at *1 (Tex. App.—El Paso Nov. 29, 2007) (mem. op., orig. proceeding) (court of appeals lacked jurisdiction to issue a writ of mandamus against a jail magistrate).[1] The mandamus jurisdiction conferred to this Court under

---

[1] While Texas Government Code 22.221 was amended effective September 1, 2017 (Acts 2017, 85th Leg., Ch. 740 (S.B. 1233), section 1 eff. Sept. 1, 2017; Acts 2017, 85th Leg. Ch. 1013 (H.B. 1480), section 1, eff. Sept. 1, 2017) after our decision in *In re Flores*, to include statutory county judges, statutory probate county judges, and associate judges of a district or county court appointed by a judge under Chapter 201 of the Family Code, it did not expand its scope to include magistrate judges.

Government Code § 21.221 is limited to writs necessary to enforce the jurisdiction of this Court and further "writs of mandamus, agreeable to the principles of law regulating those writs, against: (1) a judge of a district, statutory county, statutory probate county, or county court in the court of appeals district; (2) a judge of a district court who is acting as a magistrate at a court of inquiry under Chapter 52, Code of Criminal Procedure, in the court of appeals district; or (3) an associate judge of a district or county court appointed by a judge under Chapter 201, Family Code, in the court of appeals district for the judge who appointed the associate judge." TEX. GOV'T CODE ANN. §§ 22.221(a), (b). Because Relator does not seek relief against a proper party under § 22.221, we dismiss Relator's petition for lack of jurisdiction. *See id.*; *In re Flores*, 2007 WL 4214435, at *1.

LISA J. SOTO, Justice

May 12, 2023

Before Rodriguez, C.J., Palafox, and Soto, JJ.

(Do Not Publish)